IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| THE TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND,<br>Plaintiff,<br><br>v.<br><br>DESPENAS MECHANICAL, INC.,<br>AG CONSULTING L.L.C.,<br>Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:11cv1205<br>)<br>)<br>)<br>) |

FILED MAY 22 2012 CLERK U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## JUDGMENT ORDER

Upon consideration of the May 4, 2012 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the May 4, 2012 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendants Despenas Mechanical, Inc. and AG Consulting L.L.C., jointly and severally, in the total amount of $225,631.13, plus interest as set forth in the Report and Recommendation.

The Clerk is **DIRECTED** to enter judgment, pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a copy of this Judgment Order to defendants, the Magistrate Judge and all counsel of record.

Alexandria, VA
May 22, 2012

T. S. Ellis, III
United States District Judge